**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**STACEY SUE BERLINGER, BRIAN
BRUCE BERLINGER and
HEATHER ANNE BERLINGER, as
Beneficiaries to the Rosa B. Schwiker
Trust and all of its related trusts**

        Plaintiffs,

V.                                              Case No:  2:11-CV-459-FtM-UASPC

**WELLS FARGO, N.A. AS
SUCCESSOR TO WACHOVIA
BANK, N.A.**

        **Defendant.**

_____/

## ORDER

This matter comes before the Court on Joint Motion to Dismiss Counts I and II of Defendant Wells Fargo Bank N.A.'s Third Party Complaint and Bruce D. Berlinger's Motion to Disqualify Amy S. Rubin, Esq. and the Law Firm of Fox Rothschild (Doc. #62) filed on April 25, 2012.  The Court notes that this pleading includes two separate motions which request relief – a motion to dismiss and a motion to disqualify.  This is not proper.  Therefore, the Court will deny the Motion without prejudice with leave to re-file the pleading as two separate motions.

Accordingly, it is now

**ORDERED:**

1

Joint Motion to Dismiss Counts I and II of Defendant Wells Fargo Bank N.A.'s Third Party Complaint and Bruce D. Berlinger's Motion to Disqualify Amy S. Rubin, Esq. and the Law Firm of Fox Rothschild (Doc. #62) is **DENIED without prejudice**.  Plaintiffs and Counter-Defendant Bruce D. Berlinger may re-file the pleading as two separate motions.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th Day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2