UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**STACEY SUE BERLINGER, BRIAN
BRUCE BERLINGER and
HEATHER ANNE BERLINGER, as
Beneficiaries to the Rosa B. Schwiker
Trust and all of its related trusts**

       **Plaintiffs,**

V.                                                          Case No:  2:11-CV-459-FtM-UASPC

**WELLS FARGO, N.A. AS
SUCCESSOR TO WACHOVIA
BANK, N.A.**

       **Defendants.**

_____/

## ORDER

      This matter comes before the Court on Bruce D. Berlinger's Motion to Stay Proceedings (Doc. #66) filed on May 1, 2012.  Third-Party Defendant Bruce D. Berlinger asserts that through Wells Fargo's filing of a third-party complaint against him, he became aware of an alleged conflict of interest between himself and counsel for Defendant, Amy S. Rubin, Esq.  Mr. Berlinger has since filed a Motion to Disqualify Amy S. Rubin, Esq. and the Law Firm of Fox Rothschild.  (Doc. #71).  Therefore, Bruce D. Berlinger requests that this matter be stayed pending the Court's ruling on his Motion to Disqualify.  The Court also notes that Plaintiffs have filed an Objection to the undersigned's Order denying Plaintiffs' initial Motion to Disqualify (Doc. #67), which will be handled by the District Court.

For good cause shown, the request to stay is due to be granted. This matter will be stayed, including all discovery, for a period of time until the Court rules on Bruce D. Berlinger's Motion to Disqualify and until the District Court rules on Plaintiffs' Objections to this Court's Order on Plaintiffs' Motion to Disqualify. Of course depending on how this Court rules on Bruce D. Berlinger's Motion to Disqualify, Plaintiffs' Objections to the District Court on the initial Motion to Disqualify could be moot. The Court will set the Motion to Disqualify for hearing under separate cover.

Accordingly, it is now

**ORDERED:**

Bruce D. Berlinger's Motion to Stay Proceedings (Doc. #66) is **GRANTED**. This matter is stayed pending resolution of the issue of disqualification of Amy S. Rubin, Esq. and the Law Firm of Fox Rothschild.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th Day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record