UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STACEY SUE BERLINGER, BRIAN BRUCE BERLINGER and HEATHER ANNE BERLINGER, as Beneficiaries to the Rosa B. Schwiker Trust and all of its related trusts,

    Plaintiffs,

v.                                              Case No: 2:11-cv-459-Ftm-99SPC

WELLS FARGO, N.A. AS SUCCESSOR TO WACHOVIA BANK, N.A.,

v.

BRUCE D. BERLINGER and SUE CASSELBERRY,

Third-Party Defendants.
_____/

## ORDER OF TRANSFER

This cause is transferred to the Honorable John E. Steele for all further proceedings, with his consent.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record

The Honorable John E. Steele