UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STACEY SUE BERLINGER, BRIAN
BRUCE BERLINGER and HEATHER
ANNE BERLINGER, as Beneficiaries
to the Rosa B. Schwiker Trust and all
of its related trusts

       Plaintiffs,

v.                                                                               Case No:   2:11-cv-459-FtM-29CM

WELLS FARGO, N.A. AS
SUCCESSOR TO WACHOVIA
BANK, N.A.,

       Defendant/Third
       Party Plaintiff

BRUCE D. BERLINGER and
SUE CASSELBERRY,

       Third Party Defendants.
_____/

## ORDER

Before the Court is Well Fargo Bank, N.A.'s Unopposed Motion to Revalidate Trial Subpoenas (Doc. 537), filed on January 22, 2016. Defendant, Well Fargo Bank, N.A. ("Wells Fargo") moves to revalidate all subpoenas previously issued and/or served for the trial of this matter. Doc. 537 at 1. This case was originally set for trial term beginning January 2016 and Wells Fargo issued/served approximately 11 trial subpoenas which commanded that the witness appear for trial during the period of January 20, 2016 through February 5, 2016. Id. at 1-2. On January 12, 2016, the Court set this matter for trial to commence on February 2, 2016. Id.

Accordingly, Wells Fargo requests that the Court revalidate the subpoenas previously issued/served.  *Id.*  Wells Fargo states that Plaintiff has no objection to the requested relief.  *Id.* at 3.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Well Fargo Bank, N.A.'s Unopposed Motion to Revalidate Trial Subpoenas (Doc. 537) is **GRANTED**.

2. All trial subpoenas previously issued and/or served upon the witnesses by Wells Fargo Bank, N.A.'s are revalidated for the trial commencing on February 2, 2016 at 9:00a.m. in Fort Myers Courtroom 6A before United States District Judge John E. Steele.

3. Wells Fargo Bank, N.A. may notify the witnesses of the revalidated trial subpoenas by serving a copy of this Order by U.S. Mail or electronic service.

**DONE** and **ORDERED** in Fort Myers, Florida on this 25th day of January, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record